**MALEK MOSS PLLC**
Kevin N. Malek (*pro hac vice*)
340 Madison Avenue, FL 19
New York, New York 10173
(212) 812-1491
kevin.malek@malekmoss.com

**CARLSON & MESSER LLP**
David Kaminski
  kaminskid@cmtlaw.com
J. Grace Felipe
  felipeg@cmtlaw.com
5901 W. Century Boulevard
Suite 1200
Los Angeles, California 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN JOSE DIVISION)**

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 18-cv-06217-LHK <br><br> **NOTICE INFORMING THE COURT OF ASSERTED CLAIMS OF THE '005 PATENT AND THE '815 PATENT** |
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> AT&T CORP., <br><br> Defendant. | Case No. 18-cv-06177-LHK |

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> TWITTER INC., <br><br> *Defendant*. | Case No. 18-cv-04523-LHK |
| VOIP-PAL.COM, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> VERIZON WIRELESS SERVICES, LLC, et al., <br><br> *Defendant*. | Case No. 18-cv-06054-LHK |

Pursuant to the Court's Case Management Order of November 15, 2018 directing Plaintiff to reduce the number of asserted claims to 20 claims across both U.S. Patent No. 9,179,005 (the '005 Patent") and U.S. Patent No. 8,542,815 (the "'815 Patent"), Plaintiff VoIP-Pal.com, Inc., by and through its undersigned counsel of record, hereby submits this notice informing the Court of the currently asserted claims of the '005 Patent and the '815 Patent as of November 28, 2018.

**Claims of U.S. Patent No. 9,179,005 asserted against all Defendants:**

Claim Nos. 49, 73, 74, 75, 77, 78, 83, 84, 94, 96, 99

**Claims of U.S. Patent No. 8,542,815 asserted against all Defendants other than Twitter, Inc.:**

Claim Nos. 1, 7, 12, 27, 28, 72, 73, 92, 111

| | | |
|---|---|---|
| 1 | Dated:  November 28, 2018 | MALEK MOSS PLLC |
| 2 | | /s/ Kevin N. Malek |
| 3 | | _____ |
| 4 | | Kevin N. Malek (*pro hac vice*) |
| | | 340 Madison Avenue, FL 19 |
| 5 | | New York, New York 10173 |
| | | (212) 812-1491 |
| 6 | | kevin.malek@malekmoss.com |
| 7 | | CARLSON & MESSER LLP |
| | | David Kaminski |
| 8 | |   kaminskid@cmtlaw.com |
| | | J. Grace Felipe |
| 9 | |   felipeg@cmtlaw.com |
| | | 5901 W. Century Boulevard |
| 10 | | Suite 1200 |
| | | Los Angeles, California 90045 |
| 11 | | Tel: (310) 242-2200 |
| 12 | | Fax: (310) 242-2222 |
| 13 | | *Attorneys for Plaintiff* |

NOTICE INFORMING COURT OF ASSERTED CLAIMS

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **NOTICE INFORMING THE COURT OF ASSERTED CLAIMS OF THE '005 PATENT AND THE '815 PATENT** has been served on November 28, 2018, to all counsel for Defendant through the Court's CM/ECF system.

            _/s/ Kevin N. Malek_