UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC, <br><br> Defendant. | Case No. 18-CV-06217-LHK <br><br> **JUDGMENT** |

On March 25, 2019, the Court granted Defendant's omnibus motion to dismiss. ECF No. 96. The Court ruled that the asserted claims of U.S. Patent Nos. 8,542,815 and 9,179,005 are invalid under 35 U.S.C. § 101. Accordingly, the Clerk shall enter judgment in favor of Defendant. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 25, 2019

_____
LUCY H. KOH
United States District Judge

Case No. 18-CV-06217-LHK
JUDGMENT

1